Commonwealth of Massachusetts

Worchester, Sup.

Worchester
Fed. Dist. Ct.
No. _____

FILED IN CLERKS OFFICE

JAN 24 '25 PM 12:03 USDC MA

Tyron T. Douglas, pro se.
and Family & Friends.

v.

Commonwealth

1.


# Complaint

Within the last 3 years my family has been harmed by COVID-19 related injury.

The following is the basis of/or this Complaint.

S.

1.)

Within Thea

last 3 years.

My Grand + Mother.

Thakurah Abdulah, Died

a COVID-19 related Death.

E.

C.)

I, Tyron T. Douglas, have been sick, with) of: COVID-19, of 2 times, in last 3 year(s).

Placed of fear, of Death, Because of COVID-19.

4

## Requested Remedies

Thea Colling amount is requested:

two Hundred, and Fourty, million in U.H. Currency.

5.

This amount for (or) of their lost, or life, or my precious grand + mother. In whom is a Social Security, Recipient, both a State, Federal, International, and Universal Programs.

Too include Their: pains and suffering, as a result of Their: physical and emotional pains, etc. caused too my family and friends. Within my Community.

F.

Signed And Sealed
Under The Provision
of The
Heavens
forthwith.

8.

/s/ *[signature with fingerprint]*