Commonwealth of Massachusetts

January 19th, 2025

RE: Cover Letter.

Dear Clerk of Court,

Enclosed is an Complaint, for, COVID-19, Relief.

Thank You!

Notice: Please send an Affidavit of Indigency though the Complainant is a Social Security Recipient.

/s/ Tyler [signature], pro se
309 Belmont St.
Worchester, MA. 01604